# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JUAN MEJIA, ) No. CV 16-4524-PA (PLA)
)
    Petitioner, ) **JUDGMENT**
)
    v. )
)
KELLY SANTORO, Warden, )
)
    Respondent. )
_____)

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: May 31, 2017

                                    HONORABLE PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE